█ In the Matter of JACK ALLEN CHARTOFF, Also Known as JACK CHARTOFF, an Attorney.— Motion for reinstatement denied without prejudice to renewal thereof upon papers which include a detailed list of all judgments,

personal and corporate, outstanding against movant and/or the corporations with which he is or has been associated, together with the dates of said judgments. Notice of any further application is to be given to the Committee on Grievances of the Association of the Bar of the City of New York. Concur — Capozzoli, J. P., Tilzer, McGivern, Markewich and Nunez, JJ.